## Tripp *v.* Elliott and Others.

The Supreme Court has no jurisdiction in any case which originated before a justice of the peace, unless the amount in controversy in the Supreme Court is at least twenty dollars, exclusive of interest and costs.

And though the amount so in controversy be more than twenty dollars, still if that amount inclusive of interest and costs be under fifty dollars, the Supreme Court has no jurisdiction unless a supersedeas be granted.

APPEAL from the *Warren* Circuit Court.

BLACKFORD, J.—*Elliott* and others sued *Tripp* in assumpsit before a justice of the peace, and were nonsuited. They

appealed to the Circuit Court, and obtained a judgment for twelve dollars together with costs.   The defendant appealed to this Court; and the appeal has been dismissed this term for want of jurisdiction.   Petition by the appellant for a re-hearing.

We have no jurisdiction in any case which originated before a justice, unless the amount in controversy, in this Court, is at least twenty dollars *exclusive* of interest and costs.   And though the amount so in controversy be more than twenty dollars, still if that amount *inclusive* of interest and costs be under fifty dollars, we have no jurisdiction unless a supersedeas be granted.   Rev. Stat. 1838, p. 202.

The amount in controversy in this case, *exclusive* of interest and costs, is only twelve dollars; and the appeal was, therefore, correctly dismissed.

*Per Curiam.*—The petition is overruled.

*R. A. Chandler*, for the appellant.
*D. Mace*, for the appellees.